UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DEVON LETOURNEAU ) | |
| ) | |
| V. ) | C.A. No. 14-421L |
| ) | |
| LINDA AUL, ET AL ) | |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated June 3, 2015, (and docketed as Document No. 41), the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Plaintiff's Motion for Relief against Nonparties is DENIED.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
9/3/15