UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEVON LETOURNEAU,
    Plaintiff,

v.                                                     C.A. No. 14-421L

LINDA AUL, et al.,
    Defendants.

                                                <u>consolidated with</u>

ROBERT VANGEL,
    Plaintiff,

v.                                                      C.A. No. 15-43L

LINDA AUL, et al.,
    Defendants.

<u>O R D E R</u>

There being no objection to the Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated December 15, 2015, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Letourneau's motion for "Rule 54(c) Demand for Judgement," (ECF #53) or motion for judgment as a matter of law, is hereby denied without prejudice.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
1/7/16